

# 11TH COURT OF APPEALS
## EASTLAND, TEXAS
### JUDGMENT

Durk Deboer,

\* From the 266th District Court
of Erath County,
Trial Court No. CV35746.

Vs. No. 11-22-00107-CV

\* January 25, 2024

Attebury Grain, LLC,

\* Opinion by Williams, J.
(Panel consists of: Bailey, C.J.,
Williams, J., and Trotter, J.)

This court has inspected the record in this cause and concludes that there is error in the judgment below. Therefore, in accordance with this court's opinion, we modify the judgment of the trial court to reflect an award of $437,301.91 in prejudgment interest, and we reverse the award of attorney's fees and remand that issue for further proceedings. As modified, we affirm the judgment of the trial court. The costs incurred by reason of this appeal are taxed against the party incurring same.